**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ISABELLA KOWALSKI, a Pennsylvania resident, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>TIKTOK INC., a California corporation, and BYTEDANCE INC., a Delaware corporation,<br><br>              Defendants. | CASE NO.:  2:22-cv-04947-MAK |

**STATUS MEMORANDUM**

Plaintiff Isabella Kowalski ("Kowalski" or "Plaintiff") files this Status Memorandum pursuant to the Court's Order dated February 3, 2023 [D.E. 13], directing Plaintiff to update the Court on the status of United States Judicial Panel on Multidistrict Litigation ("JPML") proceedings in MDL Nos. 2948 and 3067 and of Plaintiff's Motion to Vacate Conditional Transfer Order 4 (CTO-4) in the former.

    1.    In *In re TikTok, Inc., Consumer Privacy Litigation*, MDL No. 2948:

        a.    On February 10, 2023, the JMPL entered a Notice of Hearing Session regarding the Hearing Session to be held on **March 30, 2023** in Tucson, Arizona. Kowalski's Motion to Vacate Conditional Transfer Order (CTO-4) was placed on Section B of the Schedule for that Hearing Session, which lists the matters designated for consideration without oral argument.

        b.    On February 15, 2023, Plaintiff Isabella Kowalski filed a Reply in Support of her Motion to Vacate Conditional Transfer Order (CTO-4), responding to Defendants' Opposition thereto, and reiterating her position that the subject matter and time period at issue in her case, regarding TikTok's tracking of users' activity on third-party websites via

its in-app browser, raises no common questions of fact with the cases that were consolidated in MDL No. 2948.

    c.    On February 16, 2023, the JPML entered a Minute Order closing the briefing on Conditional Transfer Order No. 4.

2.    In *In re TikTok In-App Browser Consumer Privacy Litigation*, MDL No. 3067:

    a.    The Motion to Transfer Kowalski's action and related actions to a new MDL No. 3067 ("Motion to Transfer") has been fully briefed since January 17, 2023, and on January 18, 2023, the JPML entered a Minute Order Closing Briefing as to the cases named in the Motion to Transfer.

    b.    On February 10, 2023, the JPML's Notice regarding the **March 30, 2023** Hearing Session to be held in Tucson, Arizona listed on Section A of the Schedule the Motion to Transfer Kowalski's action and three related actions as the <u>first matter to be heard with oral argument</u>.

Dated: March 2, 2023                      Respectfully submitted,

                                              **GOLOMB SPIRT GRUNFELD, P.C.**

                                              By: */s/*
                                                 Kenneth J. Grunfeld, Esquire
                                                 1835 Market Street
                                                 Suite 2900
                                                 Philadelphia, PA 19103
                                                 Telephone: (215) 985-9177
                                                 kgrunfeld@golomblegal.com

                                               Attorneys for Plaintiff Isabella Kowalski

## **CERTIFICATE OF SERVICE**

I, Kenneth J. Grunfeld, hereby certify that on this 2nd day of March 2023, a copy of the foregoing Status Report was electronically filed via CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kenneth J. Grunfeld*
Kenneth J. Grunfeld